James William HARPER, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 20689.

United States Court of Appeals
Fifth Circuit.

March 12, 1964.

James P. Coleman, Ackerman, Miss.,
for appellant.

H. M. Ray., U. S. Atty., Oxford, Miss.,
for appellee.

Before TUTTLE, Chief Judge, and
RIVES and WISDOM, Circuit Judges.

PER CURIAM.

The judgment of the trial court is
Affirmed. Monnette v. United States, 5
Cir., 299 F.2d 847; Marullo v. United
States, 5 Cir., 1964, 328 F.2d 361.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

The WESTERN AND SOUTHERN LIFE
INSURANCE COMPANY,
Respondent.

No. 14616.

United States Court of Appeals
Third Circuit.

Argued Feb. 17, 1964.

Decided March 4, 1964.

Lawrence M. Joseph, N.L.R.B., Wash-
ington, D. C. (Arnold Ordman, General
Counsel, Dominick L. Manoli, Associate
General Counsel, Marcel Mallet-Prevost,
Assistant General Counsel, Warren M.

Davison, Attys., N.L.R.B., on the brief),
for petitioner.

John G. Wayman, Pittsburgh, Pa. (W.
D. Armour, Reed Smith Shaw & McClay,
Pittsburgh, Pa., Ithamar D. Weed, Cin-
cinnati, Ohio, on the brief), for The
Western and Southern Life Ins. Co., re-
spondent.

Isaac N. Groner, Washington, D. C.,
for amicus curiae.

Before KALODNER and HASTIE,
Circuit Judges and KIRKPATRICK, Dis-
trict Judge.

PER CURIAM.

Metropolitan Life Insurance Company
v. National Labor Relations Board, 3
Cir., 1964, 328 F.2d 820 is dispositive of
the issues presented.

The Order of the Board will be af-
firmed.

UNITED STATES of America,
Plaintiff-Appellee

v.

Andrew GUST, Defendant-Appellant.

No. 15462.

United States Court of Appeals
Sixth Circuit.

Feb. 25, 1964.

Hayden C. Covington, New York City,
on the brief, for appellant.

Lawrence Gubow, U. S. Atty., Paul J.
Komibes, Asst. U. S. Atty., Detroit,
Mich., for appellee.

Before WEICK, Chief Judge, CECIL,
Circuit Judge, and PECK, District
Judge.

ORDER.

The judgment of the District Court is
affirmed on the authority of United
States v. Willard, 312 F.2d 605 (6th
Cir. 1963), cert. denied 372 U.S. 960,
83 S.Ct. 1014, 10 L.Ed.2d 13.

No costs awarded. Rule 23(4).